*Attachment A - <u>Bivens</u> Complaint form*

5:23-CV-260 JLB PRL

UNITED STATES DISTRICT COURT
~~SOUTHERN DISTRICT OF WEST VIRGINIA~~
OCALA, FLORIDA

DUANE JOHNSON                                            557 02 007

_____                    _____

_____                    _____

_____                    _____

*(Enter above the full name of the plaintiff            (Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action)*

v.                                                                    CIVIL ACTION NO. _____
                                                                       *(Number to be assigned by Court)*

JOHN or JANE DOE "SHU" L.T.
L.T. L. GROSE, C.O. GUY,
C.O. R. HARPER,
C.O. Lester, MS. Etkins, Venetia

*(Enter above the full name of the defendant*
*or defendants in this action)*

FILED
2023 APR 24 AM 11:16
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA, FLORIDA

Defendant(s).

## COMPLAINT

**I.   Parties**

    A.   Name of Plaintiff:   DUANE JOHNSON

        Inmate No.:   557 02 007

        Address:   USP COLEMAN 1, PO BOX 1033,
                         COLEMAN, FL 33521

B.  Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

   Name of Plaintiff: _____

   Inmate No.: _____

   Address: _____

   Name of Plaintiff: _____

   Inmate No.: _____

   Address: _____

C.  Name of Defendant: JOHN or JANE DOE "SHU" L.T.

   Position: "SHU" L.T.

   Place of Employment: PEN 1 COLEMAN, FL

D.  Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

   Name of Defendant: L.T. L. GROSE

   Position: L.T.

   Place of Employment: PEN 1 COLEMAN, FL

   Name of Defendant: GUY (Mr.)

   Position: Correctional Officer

   Place of Employment: PEN 1 COLEMAN, FL

\* SEE CONTINUANE PAGE FOR ADDITIONAL DEFENDANTS.

2

II. **Place of Present Confinement**

Name of Prison/Institution: PEN 1 COLEMAN FLORIDA

A. Is this where the events concerning your complaint took place?

Yes ✓  No _____

If you answered "no," where did the events occur? _____

B. Is there a prisoner grievance procedure in this institution?

Yes ✓  No _____

C. Did you present the facts relating to your complaint in the prisoner grievance procedure?  Yes _____  No ✓

If you answered "no," explain why not: IMMINENT DANGER NOT YET BECAUSE STAFF HAVE NOT BROUGHT ME REQUESTED FORMS

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): _____

III. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____  No ✓

B. If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

3

* CONTINUATION PAGE FOR ADDITIONAL DEFENDANTS:

MR. R. HARPER
Correctional Officer
PEN 1 COLEMAN, FL

Mr. LESTER
CORRECTIONAL OFFICER
PEN 1 COLEMAN, FL

Ms. ETKINS, Venetia
APRN
PEN1 COLEMAN, FL

2. Court (if federal court, name the district; if state court, name the county);

_____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

IV. **Statement of Claim**

State here, as briefly as possible, the <u>facts</u> of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

Due to other medical conditions I was put on medication that made me dizzy and unable to climb to a Top Bunk which is evidence by my priorly having fallen from a Top Bunk causing me serious physical injuries. I split my Head-open above my Left-eye which required outside medical treatment and knocked-out a front tooth were I was carried to Hospital by Ambulance, for Emergency medical treatment, Where Medical assigned me a lower Bunk Pass. On 4-27-23, I was placed in "SHU", where the Bottom Bunk was already occupied forcing me to a Top Bunk again. I have been unable to obtain Remedy Forms for this issues, while "SHU" staff ignore my compliant. While I am again falling and hurting myself. I've sprang my wrist and Bumped my Head against the Shower causing Bruising and Headaches. Aggrevating serious Rib and other Injuries I already suffered on 4-27-23, from a staff orchistrated Assault.

4

* SEE CONTINUANCE PAGE

\* CONTINUATION PAGE FOR STATEMENT OF CLAIM:

On Saturday the 25th of March, after the 4pm INSTITUTION count was clear and K-unit inmates were released to the common area. Myself and a few other inmate began cleaning-up K-unit, by changing out the trash cans, sweeping and anything esle to get the Housing Unit back to a clean-state. After being out of our cells for about half-hour, I inmate (Duane Johnson - 557 02 007) was appoarched by officer R. Harper. Officer R. Harper asked me for the trash bag that came out of his office to be returned. I complied with his request and retrieved the whole bag, back out of the pile of trash bags, which was located under the staircase closest to the metal detector located next to the front door of the K-unit Housing Block. Officer R. Harper explained to me that he was very upset at me and that he would shut the unit down and point the blame on me. I told him it was no need to do that, because he got the whole bag back and that I was only helping to keep the unit clean and orderly. Officer R. Harper then started going cell to cell explaining to the inmates that he would lock-up 4, everyday until someone

removed me from his unit (K-unit). This action put my life and safety in serious danger. Every cell he shook-down, starting on Saturday the 25th 2023 of March, was told by officer R. Harper that his reason for doing this was because, I grabbed the trash bag out of his office. This continued the next day as well. Officer R. Harper shook-down the cells of gang members and members from every car/group (Down South, Whites, Sureno, Piaso, DMV, Blood, Crips). On Saturday the 25th of March 2023, he found a knife inside the cell of some Mexican gang member, locked-up him & his celly causing one of them to lose thier job @ Laundry. All the while pointing the finger at me (Duane Johnson · 557 02 007). He has been on a war path everyday since the 25th of March 2023, trying his best to get me "X" out, which did happen on Monday the 27th of March 2023. I was marched out of the unit with no shoes on and forced to seek "protective custody". Which at that point I got to the LT. office and was denied "Protective Custody" and order by L.T. L. Grose "to go back to my unit and get some shoes". After asking for help several times, I got the same response, to go back to my unit for shoes. I went back and grabbed a pair of shoes, came back outside were officer Lester and officer Guy, refused to let allow me to "check-in".

③

\* CONTINUATION PAGE FOR STATEMENT OF CLAIM:

I was told by officer Lester, that if I wanted to go to "SHU", I would have to take a punch at him, which I refused. Not until my unit manager arrived Mrs. Beasley-Knight, was I allowed to walk-up to the L.T. office. Which at that point I was submitted into "protective-custody." And medical came and evualated me and recorded serious injuries, broken or fractured ribs, bruising all over my arms and torso, an sprang wrist, and elevated blood pressure. I was prescribed 800mg Ibuprofen, immediately, immediate X-rays were ordered as well as treatment ordered but not given. I had to repeatly submit sick-calls to be seen again. Not until Thursday the 6th of April 2023, was I seen by P.A. Bodoo. It wasn't until the 7th of April 2023, that I recieved my X-rays. I've been suffering chest pains and lack of sleep since the 27th of March 2023.

In addition thru dilligence I recently discovered that medical staff Ms. Etkins, Venetia APRN, discriminating and retaliating against me with the correctional officers without even examining me. Removed my lower bunk pass

(4)

subjecting me to the falls and injuries I NOW suffer again.

V. Relief

<u>State briefly and exactly what you want the Court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I WANT 1 million dollars, I WANT my Lower Bunk PASS ENFORCED, I WANT TO BE KEPT SAFE AND FREE FROM RETALIATION.

Signed this 9th day of APRIL, 20 23.

_[signature]_

Signature of Plaintiff or Plaintiffs

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  4-9-2023 .
             (Date)

_[signature]_

Signature of Plaintiff

5